NORMAN J. WATKINS – SBN #87327
nwatkins@lynberg.com
S. FRANK HARRELL – SBN #133437
sharrell@lynberg.com
PANCY LIN MISA – SBN #239684
pmisa@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Rd., Suite 1450
Orange, California 92868
(714) 937-1010  Telephone
(714) 937-1003  Facsimile

Attorneys for Defendants, ORANGE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF ORANGE CALIFORNIA; DEPUTY HAGERMAN; and LIEUTENANT PAUL D'AURIA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. GATES,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF ORANGE CALIFORNIA, a local public entity; SHERIFF SANDRA HUTCHENS, in her official and individual capacity; DEPUTY HAGERMAN, in his official and individual capacity; LIEUTENANT PAUL D'AURIA, in his official and individual capacity; SERGEANT GUY PEPE, in his official and individual capacity AND DOES 1-10,<br><br>Defendants. | CASE NO. SACV 10-00218 JAK (ANx)<br><br>*Assigned for All Purposes to:*<br>*Hon. JOHN A. KRONSTADT - Ctrm 750*<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |

/ / /

/ / /

/ / /

---

1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**

# ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed in its entirety, with prejudice, by Plaintiff as against Defendants ORANGE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF ORANGE CALIFORNIA; DEPUTY HAGERMAN; and LIEUTENANT PAUL D'AURIA.

The remaining issues to be resolved are Plaintiff's costs and attorneys' fees. Plaintiff shall file a Bill of Costs within 14 days of the entry of this dismissal and Plaintiff's attorneys' fees shall be submitted to the Court for resolution by Motion according to the following briefing schedule:

- Plaintiff's Opening Brief filed on November 14, 2011.
- Defendants' Opposition Brief filed on November 28, 2011.
- Plaintiff's Reply Brief filed on December 5, 2011.
- Hearing date on December 19, 2011, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: November 2, 2011

By: *(signature)*
**HON. JOHN A. KRONSTADT**
United States District Court Judge