1  NORMAN J. WATKINS – SBN #87327
   nwatkins@lynberg.com
2  S. FRANK HARRELL – SBN #133437
   sharrell@lynberg.com
3  PANCY LIN MISA – SBN #239684
   pmisa@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 Town & Country Rd., Suite 1450
   Orange, California 92868
6  (714) 937-1010  Telephone
   (714) 937-1003  Facsimile
7

8  Attorneys for Defendants, ORANGE COUNTY SHERIFF'S DEPARTMENT;
   COUNTY OF ORANGE CALIFORNIA; DEPUTY HAGERMAN; and
9  LIEUTENANT PAUL D'AURIA

JS-6

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| STEPHEN C. GATES, | CASE NO. SACV 10-00218 JAK (ANx) |
| Plaintiff, | *Assigned for All Purposes to:*<br>*Hon. JOHN A. KRONSTADT - Ctrm 750* |
| vs. | **ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)** |
| ORANGE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF ORANGE CALIFORNIA, a local public entity; SHERIFF SANDRA HUTCHENS, in her official and individual capacity; DEPUTY HAGERMAN, in his official and individual capacity; LIEUTENANT PAUL D'AURIA, in his official and individual capacity; SERGEANT GUY PEPE, in his official and individual capacity AND DOES 1-10, | |
| Defendants. | |

26  ///

27  ///

28  ///

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT
TO FRCP 41(a)(1)(ii)**

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

The above-captioned action is dismissed in its entirety, with prejudice, by Plaintiff as against Defendants ORANGE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF ORANGE CALIFORNIA; DEPUTY HAGERMAN; and LIEUTENANT PAUL D'AURIA.

The remaining issues to be resolved are Plaintiff's costs and attorneys' fees. Plaintiff shall file a Bill of Costs within 14 days of the entry of this dismissal and Plaintiff's attorneys' fees shall be submitted to the Court for resolution by Motion according to the following briefing schedule:

- Plaintiff's Opening Brief filed on November 14, 2011.
- Defendants' Opposition Brief filed on November 28, 2011.
- Plaintiff's Reply Brief filed on December 5, 2011.
- Hearing date on December 19, 2011, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED:  November 2, 2011

By: _____

**HON. JOHN A. KRONSTADT**
United States District Court Judge

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**